UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| JASON T. DOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| VS. ) | No. 19-1086-JDT-cgc |
| ) | |
| ) | |
| CITY OF JACKSON, ET AL., ) | |
| ) | |
| Defendants. ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION TO DISMISS CASE,
CERTIFYING AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH
AND DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*

Plaintiff Jason T. Dover, a resident of Humboldt, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 and a motion to proceed *in forma pauperis*. (ECF Nos. 1 & 2.) He sues the City of Jackson, Tennessee; District Attorney General Jody Pickens; the Madison County Criminal Justice Complex (identified in the complaint as the Jackson Madison County Jail); Jackson Police Chief Julian Wiser; and Jackson City Court Clerk Daryl Hubbard. On May 13, 2019, U.S. Magistrate Judge Charmaine G. Claxton granted Dover leave to proceed *in forma pauperis*. (ECF No. 6.)

Magistrate Judge Claxton issued a Report and Recommendation (R&R) on May 21, 2020, in which she recommended the complaint be dismissed *sua sponte* for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). (ECF No. 8.) Objections to the R&R

were due on or before June 8, 2020.  *See* Fed. R. Civ. P. 72(b)(2);  *see also* Fed. R. Civ. P. 6(a), (d).  However, Dover has filed no objections.

For the reasons stated in the R&R, the Court finds Dover's complaint fails to state a claim on which relief may be granted.  The R&R is ADOPTED, and this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Dover would not be taken in good faith.  Leave to appeal *in forma pauperis* is, therefore, DENIED.  If Dover files a notice of appeal, he must pay the full $505 appellate filing fee to the District Court Clerk or file a motion for leave to appeal *in forma pauperis* and supporting affidavit in the Sixth Circuit Court of Appeals.

The Clerk is directed to prepare a judgment.

IT IS SO ORDERED.

  s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE